# UNITED STATES DISTRICT COURT
### EVERETT McKINLEY DIRKSEN BUILDING
### UNITED STATES COURT HOUSE
### CHICAGO, IL 60604

**4-15MC-014-0**

**THOMAS G. BRUTON**
**CLERK**

OFFICE OF THE CLERK

M&R Printing Equipment, Inc., et al ,

v.

Dietmar Potscher ,

Case No.: 10cv937



```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2015
CLERK, U.S. DISTRICT COURT
By _____
                    Deputy
```

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Thomas G. Bruton, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 2/22/2011, as it appears in the records of this court, and that, no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure has not been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on June 30, 2015.

Thomas G. Bruton
Court Administrator

By: Roberto Cornejo
Deputy Clerk

The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.



AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois, Eastern Division

| | |
|---|---|
| M & R Printing Equipment, Inc. <br> *Plaintiff* <br> v. <br> Dietmar Potscher <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.    10 C 937

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

X  other:  Judgment is entered in favor of the plaintiffs and against the defendant in the amount of $745,052.04 in damages and $23,169.41 in attorneys' fees.

This action was *(check one):*

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for _____
defen...

Date:  Feb 22, 2011

Michael W. Dobbins, Clerk of Court

s/Melanie A. Foster
Melanie A. Foster, Deputy Clerk